# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **EDUCATION CREDIT MANAGEMENT CORPORATION** ) ) ) | |
| Appellant, ) ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) ) | No. **16-2838-CM** |
| **ALAN MURRAY** and **CATHERINE MURRAY** ) ) ) | |
| Appellees. ) ) | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** in accordance with the Memorandum and Order filed September 22, 2017 that the judgment of the Bankruptcy Court is **AFFIRMED**.

Dated this **22ND** day of **SEPTEMBER**, **2017**, at Kansas City, Kansas.

 

**TIMOTHY M. O'BRIEN**
**Clerk of the District Court**

by:    /s/ Jeffrey S. Hokanson
       Deputy Clerk